UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Steven Alonzo Walker, | ) | C/A No.: 6:04-CV-21963-HFF-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT ORDER OF** |
| | ) | **DISCLOSURE** |
| Lockheed Martin Logistics | ) | |
| Management, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Whereas, the parties to this Consent Order of Disclosure by the U.S. Department of State recognize that under normal circumstances, no agency shall disclose any record which is contained in the system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains. 5 U.S.C. §552a(b). However, certain records are subject to disclosure pursuant to the Order of a court of competent jurisdiction. 5 U.S.C. §552a(b)(11). The parties agree that the location and whereabouts of Gregory R. Sinon ("Sinon"), who is currently abroad, is highly relevant to the instant suit as Sinon is a key witness concerning the allegations set forth in the suit.

Therefore, the Court finds that pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure and Laxalt v. McClatchy, 809 F.2d 885, 888-890 (D.C. Cir. 1987), information concerning the location, whereabouts, and contact information of Sinon is highly relevant to the allegations contained in the above suit because Sinon is a key witness, and is subject to disclosure pursuant to 5 U.S.C. §552a(b)(11). The Court further finds and the parties agree that the United States Department of State may have such information in its possession. Accordingly, it is hereby

Ordered by this Court that pursuant to 5 U.S.C. §552a(b)(11), the U.S. Department of State shall release any and all information within its custody, control, or possession concerning the location or whereabouts of Gregory R. Sinon (Social Security number and date of birth to be supplied to the State Department by plaintiff's counsel). Pursuant to this order, this information is subject to release only to the parties and their attorneys.

      IT IS SO ORDERED.

                                                  s/Bruce H. Hendricks
                                                  United States Magistrate Judge

July 29, 2005

Greenville, South Carolina


**WE SO MOVE**
**and agree to abide by the terms of this Order**


   s/Jason M. Bobertz
Nekki Shutt (Federal I.D. No. 6530)
Jason M. Bobertz (Federal I.D. No. 9398)
CALLISON TIGHE & ROBINSON, LLC
1812 Lincoln Street, Suite 100
Post Office Box 1390
Columbia, South Carolina 29202-1390
Telephone: (803) 256-2371
Facsimile: (803) 256-6431
Email: nekkishutt@ctrlawfirm.com
LOCAL COUNSEL FOR PLAINTIFF

Ruth Ann Azeredo (MD. 16175)
LAW OFFICE OF RUTH ANN AZEREDO
12618 Knowledge Lane
Bowie, Maryland 20715
Tel: 410-729-0190
Fax. 301-805-4762
Email: ruthazeredo@comcast.net
COUNSEL FOR PLAINTIFF
ADMITTED PRO HAC VICE

**WE SO MOVE/CONSENT**
**and agree to abide by the terms of this order**


NELSON MULLINS RILEY &
SCARBOROUGH, LLP


  s/Andreas N. Satterfield, Jr. (w/permission)
Andreas N. Satterfield, Jr.
Federal Bar No. 4812
E-Mail Address: andy.satterfield@nelsonmullins.com
Giles M. Schanen, Jr.
Federal Bar No. 8098
E-Mail Address: giles.schanen@nelsonmullins.com
104 South Main Street / Ninth Floor
Post Office Box 10084 (29603-0084)
Greenville, SC  29601
(864) 250-2300
Attorneys for Lockheed Martin Logistics Management, Inc.


G:\4395.001\consent order to disclose FINAL